United States Court of Appeals
Fifth Circuit

**FILED**
July 17, 2007

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

United States District Court
Southern District of Texas
FILED

AUG 2 3 2007

Michael N. Milby, Clerk

No. 06-40429

D.C. Docket No. 5:05-CR-2033-ALL

UNITED STATES OF AMERICA

    Plaintiff - Appellee

    v.

JUAN JOSE VEGA-GOMEZ also known as, Juan Vega

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Laredo.

Before HIGGINBOTHAM, DAVIS and BARKSDALE, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: AUG 2 - 2007

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
    Deputy

New Orleans, Louisiana AUG 2 1 2007